BLUE RIBBON SAUSAGE CORP., Appellant, v. GEORGE H. BAER, Respondent.— All concur. (Appeal from an order of Erie Special Term, BATT, J., affirming an order of Buffalo City Court, McKENNA, J., which denied plaintiff's motion to strike out the answer and for summary judgment on the second cause of action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

THOMAS SHIPTON, Respondent, v. TOWN OF IRONDEQUOIT, Appellant.— All concur. (Appeal from an order denying defendant's motion to dismiss plaintiff's complaint, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.